# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

147263

WYOMING CHIROPRACTIC HEALTH
CLINIC, P.C.,
      Plaintiff-Appellee,

v

AUTO-OWNERS INSURANCE COMPANY,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147263
COA: 313176
Wayne CC: 12-006295-NF

On order of the Court, the application for leave to appeal the May 7, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

h0923